## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

In re:
VALERIA GAUFILLIER,                                  Case No: 13-19641 RAM
    Debtor.                                          Chapter 13
_____/

## **MOTION TO MODIFY PLAN**

COMES NOW, Debtor, VALERIA GAUFILLIER, by and through undersigned counsel and herein files the above styled Motion and in support thereof states as follows:

1. On April 27, 2013, Debtor filed a voluntary petition for Chapter 13 bankruptcy relief.

2. On November 12, 2013, this Court entered an Order confirming the First Amended Plan which provided for temporary protection payments to secured Creditor, Bank of America.

3. The plan provides for payments to secured creditor, Venetia Condo Association.

4. Debtor wishes to modify the plan to provide for the increase in the monthly condominium dues.

5. The proposed First Modified Plan has been filed contemporaneously with this Motion.

**WHEREFORE**, Debtor respectfully requests that this Court issue an Order confirming the First Modified Plan and any other relief deemed just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                             Law Offices of Samir Masri
                                             901 Ponce de Leon Blvd., Suite 101
                                             Coral Gables, FL 33134
                                             Tel: (305) 445-3422


                                             By: _____*s/ Samir Masri*_____
                                                   Samir Masri, Esquire
                                                   FBN: 145513