**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
\_\_\_Third\_\_\_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Valeria Gaufillier          JOINT DEBTOR:_____    CASE NO.:  13-19641 RAM
Last Four Digits of SS#  3344           Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.   $ 1,376.98   for months  1  to  34
- B.   $ 1,921.73   for months  35  to  35
- C.   $ 1,865.26   for months  36  to  37
- D.   $ 2,260.76   for months  38  to  60 n order to pay the following creditors:

Administrative: Attorney's Fee  $ 6,150.00   TOTAL PAID $  1,500.00
   (Safe Harbor Fees plus 2 Motions to Value Real Property + 525 Motion to Modify + 525 Motion to Dismiss)
        Balance Due   $ 4,650.00   payable $  104.41 /month (Months  1  to  34 )
                                                   payable $  367.67 /month (Months  35  to  37 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Venetia Condominium Association Inc.     Arrearage on Petition Date  $  30,000.00
Address: Attention: Management Office       Arrears Payment    $  486.95 /month (Months  1  to  34 )
   555 NE 15 Street                         Arrears Payment    $  517.06 /month (Months  35  to  60 )
Account No:  030K 01                        Regular Payment    $  669.37 /month (Months  1  to  34 )
                                            Regular Payment    $  790.00 /month (Months  35  to  60 )

2. Internal Revenue Service                 Arrearage on Petition Date $  1,313.00 @ 3% = 1,415.57 (Per POC 4)
Address:  PO Box 7317                       Arrears Payment    $  40.13 /month (Months  1  to  34 )
   Philadelphia, PA 19101                   Arrears Payment    $  50.82 /month (Months  35  to  35 )
Account No:  3344

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Pay | Months of Pay | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Chase Home Finance LLC (Lien #Acct #2659) | Unit No. 30-K Venetia, a Condominium, according to the Declaration of Condominium thereof, filed in Official Records Book 16686, at Page 2652, of the Public Records of Miami-Dade County, Florida<br>a/k/a  555 NE 15 St Apt. 30K, Miami, FL  33132<br>$ 128,020.00 | 0% | $ 0.00 | 0 | $ 0.00 Lien to be stripped in full. |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____            Total Due $ _____
                              Payable   $_____/month (Months \_\_\_\_\_ to \_\_\_)
Unsecured Creditors:          Pay $  31.47  /month (Months  1  to  34 )
                              Pay $  5.00   /month (Months  35  to  37 )
                              Pay $  727.62 /month (Months  38  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor is current and will pay direct outside the plan the following creditors: Nationstar Mortgage acct #1645 and US Bank - 2012 lease vehicle. The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that each year the case is pending the Debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   s/  Valeria Gaufillier                        _____
Debtor                                           Joint Debtor
Date:  06/23/16                                  Date: _____

LF-31 (rev. 01/08/10)